UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBIN RECANT,

    Plaintiff,

  -against-

SARGENT DAY,

    Defendants.

---

24-CV-04117 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  I received a letter from Plaintiff dated September 27, 2024 (ECF 17), asking me to grant an extension on her proposed order to show cause filed on May 24, 2024 (ECF 4, 5, 7). This case was referred to me for general pretrial supervision and dispositive motions. (See ECF 12.) On June 28, 2024, I made a recommendation to the Honorable Jennifer H. Rearden that Plaintiff's request for a temporary restraining order and preliminary injunction, which she sought in her motion for an order to show cause (ECF 4), be denied. (See ECF 14.) Plaintiff's time to make objections to that recommendation has expired. If Plaintiff wishes for a retroactive extension of time to make objections to that recommendation, she must address that extension request to Judge Rearden.

  Separately, I note that the time for Plaintiff to serve Defendants in this case has passed and that Plaintiff never requested issuance of the summonses needed to effect service. I issued an order to show cause directing Plaintiff that if, by September 23, 2024, she did not file a request for a retroactive extension of time to serve Defendants that I would issue a recommendation that Judge Rearden dismiss the claims against Defendants in accordance with

Federal Rule of Civil Procedure 4(m). (See ECF 15.) On September 30, 2024, I extended

Plaintiff's time to comply with my order to show cause until October 9, 2024. (See ECF 16.) If

Plaintiff does not request a retroactive extension of time to serve Defendants by October 9,

2024, I expect to recommend that Judge Rearden dismiss this case.

DATED:  October 1, 2024

New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge