UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN RECANT,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>SARGENT DAY, et al.,<br><br>　　　　　Defendant. | 24cv04117 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　Plaintiff submitted a letter on March 13, 2025 (ECF 30) requesting clarification on the telephonic conference scheduled for March 27, 2025 (ECF 29).

　　No Defendants have yet been served, and so Plaintiff will be the only party at the telephonic status conference.

　　Plaintiff may participate from either a landline or from a cell phone. At 11:00 AM on March 27, 2025, Plaintiff is asked to join the conference by calling (646) 453-4442 and then entering the Access Code: 653 860 778 #.

DATED:　March 20, 2025
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge