UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN RECANT,

                Plaintiff,

  -against-

SARGENT DAY, et al.,

                Defendants.

24-CV-04117 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On April 24, 2025, I issued an order directing that Plaintiff, if she wishes to proceed in forma pauperis (IFP), must supplement her renewed application to proceed by May 9, 2025, with an explanation of the amount of all gifts and inheritances she received or expects to receive. (*See* ECF 34.)

      On May 9, Plaintiff renewed her application to procced IFP (ECF 35), wherein she states she receives from social security and from an inherited 401(k). Plaintiff notes in her renewed IFP application that she has supporting documents related to the inherited 401(k) that she would submit to the court by May 12. To date, she has not submitted any such documents. Further, there are meaningful inconsistencies between Plaintiff's IFP applications. In her April 14 application (ECF 33), Plaintiff stated that she receives $6,000 per year from an inherited 401(k), has $2.63 in her checking account, and owes $1388 per month in rent and $90 month per month for her cellphone plan. (*See id.* at 2.) In the instant application (ECF 35), she states that social security and her inherited 401(k) provide $43,566.00 annually, has $300.00 in her checking account, and owes $1774.00 per month in rent and has transportation costs of

$1,000.00 per month. (*See id.* at 2.) Because of the inconsistent amounts reported by Plaintiff in her applications, I am not persuaded that Plaintiff qualifies for IFP status.

If Plaintiff wishes to proceed IFP, she is directed to submit by **June 30, 2025**, a letter explaining the discrepancies between her IFP application filed on April 14, 2025 (ECF 33), and her IFP application filed on May 9,2025 (ECF 35), as well as proof of her income and costs.

DATED:  June 12, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge