UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN RECANT,<br><br>                    Plaintiff,<br><br>     -against-<br><br>SARGENT DAY, et al.,<br><br>                    Defendant. | 24cv04117 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 1, 2025, I issued a report and recommendation to Judge Jennifer Rearden that this case, which was filed in May 2024, should be dismissed without prejudice for failure to prosecute due to Plaintiff's failure to take any steps to effect service. (ECF40.) Plaintiff filed a letter addressed to me on the docket on October 14, 2025 (ECF 41); I construe that letter as Plaintiff's objection to my report and recommendation, which will be considered in due course by Judge Rearden.

Plaintiff has contacted my chambers by telephone on October 6, 2025, October 16, 2025, October 20, 2025, and October 21, 2025 and spoke to one of my law clerks. During each call, Plaintiff requested an update on when she will have a hearing; requested a protective order against her landlord, who she says has tried to have her arrested; and that I had promised her to appoint counsel and have not done so. On each call, my law clerk asked Plaintiff to raise any issues in a letter to the Court. Plaintiff has not done so, and while I normally would not respond to an oral ex parte communication, in light of Plaintiff's pro se status and to avoid any confusion, I will address each of Plaintiff's requests. First, I have recommended that Judge Rearden should dismiss this case for failure to prosecute; it is my understanding that it is not

Judge Rearden's practice to hold hearings in connection with objections to reports and recommendations, and if Judge Rearden adopts my recommendation, the case will be dismissed and no hearings would occur thereafter. <u>Second</u>, this Court is not the appropriate forum for Plaintiff to request a restraining order against her landlord; landlord-tenant issues are generally handled in state housing court. <u>Third</u>, I did not state that the Court would seek counsel for Plaintiff in this matter; to the contrary, on February 11, 2025, I issued an order denying Plaintiff's request for counsel and explaining my reasoning. (*See* ECF 24, Order.)

DATED: October 22, 2025
         New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge