UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBIN RECANT,<br><br>      Plaintiff,<br><br> -against-<br><br>SARGENT DAY, et al.,<br><br>      Defendant. | 24-CV-4117 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On October 1, 2025, I issued a report and recommendation to Judge Jennifer Rearden that this case, which was filed in May 2024, should be dismissed without prejudice for failure to prosecute due to Plaintiff's failure to take any steps to effect service. (ECF 40.) Plaintiff filed a letter on the docket on October 14, 2025 addressed to me (ECF 41); as I have indicated previously (ECF 42), I understand that letter to Plaintiff's objection to my report and recommendation, which will be considered in due course by Judge Rearden.

  Plaintiff contacted my chambers by telephone on four occasions between October 6 and October 21, 2025 to make several requests to the Court; each time, my law clerk asked Plaintiff to raise any issues in a letter to the Court. (*See id*.) On October 22, 2025, I issued an order addressing Plaintiff's requests from those four calls, explaining that, while I normally would not respond to an oral ex parte communication, I was doing so in light of Plaintiff's pro se status and to avoid any confusion. (*See id.*) On October 30, 2025, Plaintiff twice contacted my chambers to make additional requests; my law clerk again explained that Plaintiff should write to the Court. It is not the Court's practice to hear applications from litigants by telephone. If Plaintiff wishes to make any applications to the Court, including any requests for extensions of time or to change the address to which the Court sends her mail, Plaintiff must put her requests

in writing and mail them to the Court. I do not intend to issue any further written orders in response to Plaintiff's telephone calls.

DATED: October 31, 2025
          New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge