UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBIN RECANT,

               Plaintiff,

    -against-

SARGENT DAY, et al.,

               Defendants.

24-CV-4117 (JHR) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a motion to permit Plaintiff to proceed with service as an IFP

basis, which I interpret as a motion for reconsideration of my earlier report and recommendation

that this case be dismissed for failure to prosecute (ECF 22). (ECF 49.) The motion is **DENIED** as

untimely and for failure to demonstrate that reconsideration is warranted.

The Clerk of Court is respectfully requested to terminate ECF 49.

DATED:  February 19, 2026
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge