UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN RECANT,

                    Plaintiff,

      -against-

SARGENT DAY, et al.,

                    Defendant.

24-CV-04117 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A telephonic conference was scheduled for **Wednesday, March 18, 2026 at 10:00 AM.** The conference will now be held in Courtroom 9A at 500 Pearl Street, New York, NY. The parties should be prepared to discuss the status of the case.

DATED:  March 6, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge