UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBIN RECANT,

           Plaintiff,

    -against-

SARGENT DAY, et al.,

           Defendants.

24-CV-4117 (JHR) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

I interpret Plaintiff's motion at ECF 57 as a motion for reconsideration of my Report and Recommendation (ECF 40). As explained at the conference held on March 18, 2026, I decline to reconsider my recommendation since plaintiff has pointed to no new law or facts and the application is untimely.

The Clerk of Court is respectfully requested to terminate ECF 57.

DATED:  April 6, 2026
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge