UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBIN RECANT,

                    Plaintiff,

          -against-

SARGENT DAY, et al.,

                    Defendants.

24-CV-4117 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On March 18, 2026, I held an in-person status conference during which I explained to Plaintiff, who is proceeding pro se, my recommendation to Judge Rearden issued on October 1, 2025 that Plaintiff's case be dismissed without prejudice for failure to prosecute (ECF 40.) (*See* ECF 59.) Since then Plaintiff has filed two letters on the docket, one addressed to me (ECF 60) and one addressed to Judge Rearden (ECF 61), that I understand to be Plaintiff's further objections to my report and recommendation, which will be considered in due course by Judge Rearden.

Plaintiff contacted my chambers by telephone on May 19, 2026; May 26, 2026; and May 27, 2026 to make several requests including seeking a temporary restraining order against the NYPD to prevent them from hospitalizing Plaintiff. Each time, my law clerk and deputy explained to Plaintiff that a claim of involuntary confinement is not part of her complaint and that any applications for relief must be made in writing.

DATED:  May 27, 2026
          New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge